IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

AUG 2 9 2017

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| GOOGLE EMAIL ACCOUNT | ) | Case No. 1:17sw 414 |
| MICHAEL.YANGKAI@GMAIL.COM | ) | |

## ORDER TO UNSEAL

WHEREAS, on July 14, 2017, this Court sealed the warrant application and affidavit in the above-styled case to protect an ongoing investigation but the United States has now moved to unseal those documents on the grounds that sealing is no longer necessary to protect that investigation; and

WHEREAS, there is no longer any compelling government interest in sealing the warrant application and affidavit in this case because the target of the investigation with respect to which this search warrant was issued has been arrested;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that the warrant application and affidavit in the above-styled case be and hereby are unsealed.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date: 8/29/17
Alexandria, Virginia

THE HON. THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE